■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDUL HARRISON, Appellant. [11 NYS3d 479]—Judgments, Supreme Court, New York County (Gregory Carro, J.), rendered January 15, 2014, convicting defendant, upon his pleas of guilty, of burglary in the first degree and criminal possession of a weapon in the second degree, and sentencing him, as a second felony offender, to an aggregate term of 10 years, unanimously affirmed.

Regardless of whether defendant made a valid waiver of his right to appeal from his burglary conviction, we perceive no basis for reducing the sentence.

As to the weapon conviction, application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal as to that conviction.

Pursuant to CPL 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Acosta, J.P., Renwick, Moskowitz, Manzanet-Daniels and Feinman, JJ.